UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT SMITH, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JODI ROBIN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C05-0280-JLR-JPD <br><br> ORDER GRANTING DEFENDANT'S <br> MOTION TO DISMISS |

The Court, having reviewed plaintiff's amended civil rights complaint, defendant Robin's motion to dismiss, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Robin's motion to dismiss (Dkt. No. 21) is GRANTED and this action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 16th day of September, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER